Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 188597)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
E-Mail: btran@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

**\*E-FILED ON 7/15/05\***

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MIGUEL CERDA, et al.,<br><br>Defendants. | Case No. CV-03-2194 HRL<br><br>Hon. Howard R. Lloyd<br><br>**PLAINTIFF DIRECTV, INC.'S REQUEST FOR ORDER LIFTING STAY AND REASSIGNING CASE TO THE HONORABLE RONALD M. WHYTE; [PROPOSED] ORDER LIFTING STAY AND REASSIGNING CASE** |

**TO THE COURT AND ALL INTERESTED PARTIES:**

Plaintiff DIRECTV, Inc. ("DIRECTV") hereby requests that the Court vacate the July 12, 2004 order ("July 12, 2004 Order") entered by the Honorable Magistrate Judge Howard R. Lloyd staying this action as to defaulted Defendants Miguel Cerda, Duoc Nguyen and Daniel Tran (collectively, "Defaulted Defendants") and reassign this action to the Honorable Ronald M. Whyte to allow DIRECTV to move forward with its pending motions for default judgment against the Defaulted Defendants.

This request is made on the grounds that, on March 3, 2004, this action was reassigned in part from the Honorable Ronald M. Whyte to the Honorable Magistrate Howard R. Lloyd because DIRECTV and the only defendant who answered the Complaint in this action, Sang Le, had consented to proceed before a United States Magistrate Judge.  The March 3, 2004 Order

reassigning this action stated that "Judge Whyte will retain jurisdiction to hear Motions for Default Judgment."  (*See* March 3, 2004 Order (Docket entry # 32)).  At the time the March 3, 2004 Order was entered, Motions for Default Judgment were pending against each of the Defaulted Defendants.  (*See* Docket entries # 28-30).

On July 12, 2004, the Honorable Magistrate Judge Howard R. Lloyd entered an Order severing the claims against Defendant Sang Le and staying the action with respect to the Defaulted Defendants.  (Docket entry # 35).  Shortly thereafter, on July 28, 2004, pursuant to the limited assignment to the Honorable James Ware of this and other similar DIRECTV cases in the Northern District, the Honorable James Ware entered an order providing that, in the absence of an order to the contrary by the assigned judge, all but the lead-named defendant in all DIRECTV actions was dismissed without prejudice and DIRECTV could re-file its claims against them in separate actions.  (Docket entry, # 38).  On August 3, 2004, the Honorable Ronald M. Whyte entered an order in this action modifying Judge Ware's July 28, 2004 Order to the extent that any non-lead defendants whose default had been entered, or against whom default judgments were pending, would remain in the action and DIRECTV could pursue default judgments against such defendants.  (Docket entry # 39).

At the time the August 3, 2004 Order was entered, the Honorable Ronald M. Whyte had retained jurisdiction over the Defaulted Defendants, and thus his order appeared to apply to them.  Some time later, a notation was added to the docket, without DIRECTV's knowledge, that the August 3, 2004 order was "Docketed in Error" because the case had been assigned to the Honorable Magistrate Howard R. Lloyd.  In fact, however, pursuant to the Court's March 3, 2004 Order assigning the case to Magistrate Lloyd, Judge Whyte retained jurisdiction to hear Motions for Default Judgment.  Judge Whyte's August 3, 2004 Order, then, was not in fact docketed in error, in that he had retained jurisdiction over the Defaulted Defendants, each of whom was affected by his Order.

With respect to non-lead defendant Sang Le, the only defendant who had consented to proceed before a United States Magistrate Judge, DIRECTV filed a separate Complaint against

///

him pursuant to Judge Ware's July 28, 2004 Order.[1]  Thus, it appears that this case should no longer be assigned to the Honorable Magistrate Judge Howard R. Lloyd.  Further, the July 12, 2004 Order severing the claims against the Defaulted Defendants and staying this action as to those Defendants so that the consenting parties could proceed before the Honorable Magistrate Howard R. Lloyd, should also be vacated as no longer applicable.

Accordingly, DIRECTV respectfully requests that the Court reassign this matter to the Honorable Ronald M. Whyte and vacate the July 12, 2004 Order staying this action as to the Defaulted Defendants so that DIRECTV can proceed with its Motions for Default Judgment against the Defaulted Defendants.

DATED: July 14, 2005                Respectfully Submitted,

BUCHALTER, NEMER, FIELDS & YOUNGER
A Professional Corporation


By:   /s/ Brandon Q. Tran
         Brandon Q. Tran
   Attorneys for Plaintiff DIRECTV, INC.

## ORDER

Having read the foregoing Request for Order Lifting Stay and Reassigning Case to the Honorable Ronald M. Whyte, and good cause appearing therefor, the Court HEREBY ORDERS as follows:

The Order dated July 12, 2004 staying this action against Defendants MIGUEL CERDA, DUOC NGUYEN, and DANIEL TRAN is hereby vacated;

This action may be, and hereby is, reassigned to the Honorable Ronald M. Whyte for further default judgment proceedings by Plaintiff DIRECTV, Inc.

DATED:  July 15, 2005            /s/ Howard R. Lloyd
                     Honorable Magistrate Howard R. Lloyd
                     United States District Court
                     Northern District of California

---

[1]  That Complaint was filed on August 26, 2004 (Case No. CV-04-3621 HRL).  On or about March 14, 2005, the parties settled their claims and that action was dismissed on April 5, 2005.