Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 188597)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER NEMER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
Email: btran@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**   *E-FILED - 10/21/05*

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MIGUEL CERDA, et al.,<br><br>Defendant. | Case No.: CV-03-2194 RMW<br><br>Hon. Ronald M. Whyte<br><br>**PLAINTIFF DIRECTV, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT MOTION FOR DEFAULT JUDGMENT HEARING AGAINST DEFENDANT MIGUEL CERDA;<br>ORDER THEREON**<br><br>**Motion for Default Judgment hearing:**<br><br>Date:  October 28, 2005<br>Time:  9:00 a.m.<br>Dept.:  Courtroom 6, 4th Floor |

1  Counsel for Plaintiff DIRECTV, INC., ("DIRECTV") respectfully requests that the Court
2  allow the telephonic appearance of counsel at the Motion for Default Judgment hearing against
3  Defendant Miguel Cerda, currently scheduled for October 28, 2005 at 9:00 a.m.  This request is
4  made on the grounds that the attorneys primarily responsible for handling this matter are located
5  in Orange County, California, approximately 385 miles from the above-referenced Court.
6  Personal appearance at the hearing would therefore cause an undue hardship on DIRECTV.  If
7  granted, Brandon Q. Tran will appear for the hearing and may be reached at (949) 224-6277.

DATED: October 19, 2005                               BUCHALTER NEMER
                                                      A Professional Corporation


                                                      By:       /s/ Brandon Q. Tran
                                                                 Brandon Q. Tran
                                                      Attorneys for Plaintiff DIRECTV, INC.


### ORDER

Having reviewed the file and the request in this matter and for good cause appearing, **IT IS SO ORDERED** that the request to appear telephonically is hereby GRANTED.


Dated:  10/21/05                                      /S/ /S/ RONALD M. WHYTE
                                                      Honorable Ronald M. Whyte
                                                      United States District Court
                                                      Northern District of California

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 926120514.

On October 19, 2005, I served the foregoing document described as: **PLAINTIFF DIRECTV, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT MOTION FOR DEFAULT JUDGMENT HEARING AGAINST DEFENDANT MIGUEL CERDA; [PROPOSED] ORDER THEREON** on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

**Miguel Cerda**
**411 Lewis Road, #427**
**San Jose, CA 95111**
**(Defendant)**

☒ **BY OVERNIGHT DELIVERY** On October 19, 2005, I placed the Federal Express/Overnite Express package for overnight delivery in a box or location regularly maintained by Federal Express/Overnite Express at my office, or I delivered the package to an authorized courier or driver authorized by Federal Express/Overnite Express to receive documents. The package was placed in a sealed envelope or package designated by Federal Express/Overnite Express with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served at the address(es) shown above, as last given by that person on any document filed in the cause; otherwise at that party's place of residence

[X]   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 19, 2005, at Irvine, California.

<u>Joanne D. Mealey</u>          <u>    /s/ Joanne D. Mealey    </u>
                                                      (Signature)

BNFY 689284v1                              - 3 -                              (CV-03-2194 RMW)
**PLAINTIFF DIRECTV, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT MOTION FOR DEFAULT JUDGMENT HEARING; ORDER THEREON**

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.

Case 5:03-cv-02194-RMW   Document 63   Filed 10/21/05   Page 4 of 4