1  Alan J. Kessel (Cal. Bar No.: 130707)
   Suzanne M. Burke (Cal. Bar No.: 188597)
2  Brandon Q. Tran (Cal. Bar No.: 223435)
   **BUCHALTER NEMER**
3  A Professional Corporation
   18400 Von Karman Avenue, Suite 800
4  Irvine, California 92612-0514
   Telephone: (949) 760-1121
5  Facsimile: (949) 720-0182
   E-mail: btran@buchalter.com
6
   Attorneys for Plaintiff DIRECTV, INC.
7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10             **SAN JOSE DIVISION**       *E-FILED - 2/23/06*

11 | DIRECTV, INC., a California corporation, | Case No. CV-03-2194 RMW |

12 | Plaintiff, | Hon. Ronald M. Whyte |

13 | vs. | **STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT DUOC NGUYEN AND REQUEST TO RETAIN JURISDICTION; ORDER THEREON** |

14 | MIGUEL CERDA, et al., |

15 | Defendants. |

16

17         IT IS HEREBY STIPULATED by and between Plaintiff DIRECTV, Inc.

18 ("DIRECTV") and Defendant Duoc Nguyen ("Defendant"), through their respective counsel of

19 record, that the above-captioned action be and hereby is dismissed without prejudice, pursuant to

20 Fed. R. Civ. P. 41(a)(1), as to Defendant.  Each of said parties to bear its/his own costs and

21 attorneys' fees.

22         The terms of the Confidential Settlement Agreement dated November 18, 2005

23 ("Agreement") entered into between Defendant and DIRECTV require installment payments

24 from Defendant, the last of which is not due to be received until August 2007.  If Defendant does

25 not make any payment under the Agreement when due, DIRECTV is authorized to seek the entry

26 of a Judgment in this action against Defendant pursuant to a Stipulation for Entry of Judgment

27 ("Stipulation") executed by the parties concurrently with the Agreement.  The parties therefore

28 have consented, and hereby further stipulate and consent to, the retention of jurisdiction over

1  them by this Court and to reference to a Magistrate Judge in this District for the purpose of

2  enforcing the payment terms of the Agreement, including entering a Judgment against Defendant

3  pursuant to the Stipulation. The parties therefore respectfully request that the Court retain such

4  jurisdiction.

5  DATED: February 21, 2006                    Respectfully Submitted,

6                                              BUCHALTER NEMER
                                               A Professional Corporation
7

8

9                                              By:         /s/ Suzanne M. Burke
                                                           Suzanne M. Burke
10                                              Attorneys for Plaintiff DIRECTV, Inc.

11  DATED: February 7, 2006

12

13

14                                             By:         /s/ Duoc Nguyen
                                                           Duoc Nguyen
15                                                    Defendant *Pro Se*

16

17

18

19

20

21

22

23

24

25

26

27

28

BN 771742v1                                    -2-                              (CV-03-2194 RMW)
**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT DUOC NGUYEN AND REQUEST TO
RETAIN JURISDICTION; ORDER THEREON**

# ORDER

HAVING READ AND CONSIDERED the forgoing Stipulation for Voluntary Dismissal of Defendant Duoc Nguyen and Request to Retain Jurisdiction, and such other pleadings, documents and records deemed appropriate by the Court, and good cause appearing therefore, IT IS HEREBY ORDERED:

(1) Defendant Duoc Nguyen is hereby dismissed from this action without prejudice;

(2) Each of said parties to bear its/his own costs and attorneys' fees; and

(3) The Court shall retain jurisdiction over Plaintiff DIRECTV, Inc. and Defendant Duoc Nguyen to enforce the terms described above of the Settlement Agreement between those parties dated November 18, 2005 and hereby refers any further proceedings in this action to enforce such terms of the Settlement Agreement to a Magistrate Judge of this District

Dated: 2/23/06

/S/ RONALD M. WHYTE
Honorable Ronald M. Whyte
Judge of the United States District Court
Northern District of California

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612-0514.

On February 21, 2006, I served the foregoing document described as: **STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT DUOC NGUYEN AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON** on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

> Duoc Nguyen
> 3911 Suncrest Ave
> San Jose, CA 95132

**(Defendant *Pro Se*)**

[X]   **BY MAIL**   I am a resident of, or employed in, the county where the mailing occurs; I am over the age of 18 years and am not a party to the cause. I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in Irvine, California. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on that date following ordinary business practices.

[X]   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 21, 2006, at Irvine, California.

Joanne D. Mealey-Hatch               _____/s/ Joanne D. Mealey-Hatch_____
                                                              (Signature)

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.